IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : Case No. 21-CR-00427 |
| v. | : |
| | : |
| JOSEPH A. CAMMARATA, | : |
| | : |
| Defendant. | : |
| | : |

**DEFENDANT JOSEPH CAMMARATA'S RESPONSE TO THE GOVERNMENT'S STATUS REPORT**

Defendant Joseph A. Cammarata ("Mr. Cammarata"), by and through undersigned counsel, hereby respectfully submits his Response to the Government's Status Report.

In addition to the information outlined in the Government's Status Report, a representative from Communitel sent an e-mail to the Government describing the "normal exchange with a customer". The e-mail is attached hereto as Exhibit "A". This e-mail is relevant because it shows that, under normal circumstances, the passport would have been returned to Mr. Cammarata upon completing the registration process. Notably, Mr. Cammarata was in FBI custody during this process.

Furthermore, Mr. Cammarata herewith submits two invoices relating to the Government's contention that Mr. Cammarata allegedly assisted his girlfriend, Jessica Vanessa Carrillo Beltrán ("Ms. Carrillo"), in travelling to the United States in June of 2021. *See* Exhibit "B" and "C". These invoices reflect that Mr. Cammarata travelled to the United States alone, and that Ms. Carrillo remained in The Bahamas.

Dated: March 9, 2022                                     Respectfully Submitted,

                                                                          */s/ Dennis E. Boyle*
                                                                          Dennis E. Boyle, Esquire (#49618)

Blerina Jasari, Esquire (*Pro Hac Vice* Forthcoming)
Boyle & Jasari
1050 Connecticut Ave, Suite 500
Washington, D.C., 20036
Email: dboyle@dennisboylelegal.com
Phone: (202) 798-7600

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Response to Government's Status Report has been served on counsel of record for all parties via the Court's CM/ECF system.

Dated: March 9, 2022                              */s/ Dennis E. Boyle*
                                                              Dennis E. Boyle, Esquire