IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : : : : : : | **CRIMINAL ACTION** |
| **v.** | : : : | No.   21-00427-01 |
| **JOSEPH CAMMARATA** | : : : | |
| *Defendant.* | : : | |

# ORDER

**AND NOW**, this **15th** day of **September 2022**, upon review of Defendant Joseph Cammarata's Motion for Reconsideration (ECF No. 85), as well as all evidence and arguments presented to this Court through responses, replies, supplemental briefings, and at a motion hearing, it is hereby **ORDERED** that the Motion for Reconsideration (ECF No. 85) is **DENIED in its entirety** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/  Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**