# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | **CRIMINAL ACTION** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| | : | |
| v. | : | No.   **21-CR-00427-01** |
| | : | |
| **JOSEPH CAMMARATA,** | : | |
| | : | |
| *Defendant.* | : | |

## <u>ORDER</u>

**AND NOW**, this **6th** day of **October 2022**, upon careful review and consideration of the record, in conjunction with Defendant Joseph Cammarata's Motion for Bill of Particulars (ECF No. 132) and the Government's Response in Opposition to the Motion for Bill of Particulars (ECF No. 135), it is **hereby** **ORDERED** that Defendant's Motion for Bill of Particulars (ECF No. 132) is **DENIED**.

A Memorandum Opinion will follow, providing the Court's reasoning, which was grounded upon Third Circuit precedent in this area, and supporting the Court's exercise of discretion on this issue. This order is being filed expeditiously and without attendant opinion, however, to ensure that the parties understand the

case will be moving forward with the scheduled jury trial on **October 17, 2022** at

**9:00 a.m.**

**BY THE COURT:**

/s/  *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**