# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| v. | : | No.   21-00427-01 |
| **JOSEPH CAMMARATA**<br>*Defendant.* | : | |

## ORDER

**AND NOW**, this **13th** day of **October 2022**, upon consideration of the Government's Motion to Dismiss Counts Seven, Eight, Nine, and Ten of the Superseding Indictment as to Defendant Joseph Cammarata (ECF No. 147), and Defendant Joseph Cammarata's Notice of Non-Opposition (ECF No. 152), and pursuant to Federal Rule of Criminal Procedure 48(a), it is hereby **ORDERED** that Counts Seven, Eight, Nine, and Ten of the Superseding Indictment are **DISMISSED** as to Defendant Joseph Cammarata.  *See* ECF No. 108.

**BY THE COURT:**

/s/  *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**