IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : : : : : : | **CRIMINAL ACTION** |
| v. | : : | No.   21-00427-01 |
| **JOSEPH CAMMARATA**<br>*Defendant.* | : : : | |

## ORDER

**AND NOW**, this **25th** day of **October 2022**, upon review of Defendant Cammarata's Motion to Dismiss Pursuant to Federal Rule of Criminal Procedure 29 (ECF No. 186) and the Government's Response (ECF No. 187), it is **hereby ORDERED** that Defendant's Rule 29 Motion (ECF No. 186) is **DENIED**.

BY THE COURT:

/s/ *Chad F. Kenney*

**CHAD F. KENNEY, JUDGE**

Cc:   Counsel