## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | **CRIMINAL ACTION** |
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| | : | |
| v. | : | **No.   21-00427-01** |
| | : | |
| **JOSEPH CAMMARATA** | : | |
| *Defendant.* | : | |

## NOTICE

**AND NOW**, this **27th** day of **October 2022**, upon consideration of the defendant's testimony during trial, which appeared to raise questions about the amount of money that will be subject to forfeiture, it is hereby **NOTICED** that counsel shall meet and confer no later than **Thursday**, **November 3, 2022, 12:00 p.m.**  Additionally, the attorneys shall submit a joint submission by **Friday, November 4, 2022, 12:00 p.m.**  The joint submission shall state whether an evidentiary hearing on forfeiture should be scheduled in advance of sentencing, and if so, include proposed dates in which all counsel are available. The probation officer assigned to the presentence investigation will also be required to attend any such hearing.

**BY THE COURT:**

/s/ *Chad F. Kenney*

_____

**CHAD F. KENNEY, JUDGE**

Cc:    Counsel