IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No.   21-CR-00427-01 |
| JOSEPH CAMMARATA | : | |

### ORDER

**AND NOW,** this **30th** day of **May 2023**, upon consideration of Defendant Joseph Cammarata's *Pro Se*/Hybrid Supplemental Motion for a Judgment of Acquittal under Rule 29 of the Federal Rules of Criminal Procedure, or in the Alternative, a Motion for a New Trial under Rule 33 of the Federal Rules of Criminal Procedure (ECF No. 264), the Government's Response in Opposition (ECF No. 267), and Cammarata's Reply thereto (ECF No. 274), it is hereby **ORDERED** that Cammarata's Motion (ECF No. 264) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

Cc:   Counsel

Pro se

1