IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 21-cr-427-1 |
| JOSEPH CAMMARATA | | |

## **ORDER**

AND NOW, this 5th day of June 2023, upon consideration of the *pro se* motion to dismiss (Doc. 299) and the *pro se* motion for reconsideration (Doc. 301), it is hereby **ORDERED** that the motions are **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

Cc:   Counsel
      Pro se