# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : : : : : : | **CRIMINAL ACTION** |
| v. | : : | No.   21-CR-00427-01 |
| **JOSEPH CAMMARATA,** | : : |  |
| *Defendant.* | : : |  |

## ORDER

**AND NOW,** this 22nd day of January 2024, upon consideration of Defendant Joseph Cammarata's Motion for Recusal and/or Disqualification of Judge (ECF No. 341), it is hereby **ORDERED** that the Motion (ECF No. 341) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**