# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-cr-00427-CFK-01 |
| | : | |
| JOSEPH A. CAMMARATA | : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on June 8, 2023, this Court entered a Judgment and Preliminary Order of Forfeiture against Joseph Cammarata, forfeiting the property described below.

AND WHEREAS, pursuant to 21 U.S.C. § 853(n), notice of the Judgment and Preliminary Order of Forfeiture was published on an official government internet site for at least 30 consecutive days, commencing on June 22, 2023, and ending on July 21, 2023.

AND WHEREAS, pursuant to 21 U.S.C. § 853(n), the government provided direct written notice to an individual known to have alleged an interest in the property that is subject to the order of forfeiture.

AND WHEREAS, no third party has petitioned the Court for a hearing to adjudicate the validity of any alleged interest in the property named in the Judgment and Preliminary Order of Forfeiture.

AND WHEREAS, this Court finds, based upon the facts set forth at the defendant's trial and sentencing, that the defendant had an interest in the property named in the Judgment and Preliminary Order of Forfeiture that is subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

**AND NOW**, this **3rd day of October 2024**, upon review of the docket and consideration of the Government's Motion for Entry of a Final Order of Forfeiture (ECF No. 408), Defendant Cammarata's Response in Opposition to Government's Motion for Final Order Forfeiture (ECF No. 409), the Government's Reply to Defendant's Opposition to Government's Motion for Final Order of Forfeiture (ECF No. 410), Defendant Cammarata's Surreply in Support of Defendant Cammarata's Objection to Entry of Final Order of Forfeiture at this Time (ECF No. 411), and for the reasons set forth in the accompanying memorandum, the Government's Final Motion for Forfeiture of Property (ECF No. 408) is **GRANTED** and it is hereby **ORDERED** that:

1. All right, title, and interest of all persons, their heirs and assigns, in the property listed in the Judgment and Order of Forfeiture entered by this Court on June 8, 2023, and described below, is hereby fully and finally forfeited to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

    a. The real property known as 372 Brookside Drive and Brookside Drive #2, Lot No. 1 and Lot No. 2 Brookside, Pocono Pines, Long Pond, Tobyhanna Township, Pennsylvania.

2. All right, title, and interest of all persons, their heirs and assigns, in the property described above, is hereby vested in the United States of America.

3. The government, or its designee, shall dispose of the subject assets listed in paragraph 1 of this Order in accordance with the law and the rules of this Court, and subject to the terms of this Court's Order of August 13, 2024 (DDE# 404 in 21-cv-4845) relating to the custody of proceeds of the sale of property.

**BY THE COURT:**

/s/ Chad F. Kenney

_____

**CHAD F. KENNEY, JUDGE**