IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA       :
      :
      **v.**       :    **NO. 21-cr-00427-CFK-01**
      :
**JOSEPH A. CAMMARATA**       :

## ORDER

**AND NOW**, this **27th** day of **March 2026**, upon review of Defendant's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 481) and the docket, it is hereby **ORDERED** that the Motion (ECF No. 481) is **DENIED**. The Court notes that the issue raised in the Motion (ECF No. 481) is the same issue raised in Defendant's *pro se* Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 (ECF No. 477), and so, the Court will incorporate the arguments set forth in the Motion (ECF No. 481) as part of Defendant's § 2255 Petition (ECF No. 477).


BY THE COURT:

/s/ Chad F. Kenney

---

**CHAD F. KENNEY, JUDGE**