## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **NO. 21-cr-00427-CFK-01** |
| | **:** | |
| **JOSEPH A. CAMMARATA** | **:** | |

### ORDER

**AND NOW**, this **13th** day of **April 2026**, upon review of Defendant's *pro se* Motion for Reconsideration of Order Denying Rule 12(b)(2) Motion (ECF No. 485), Defendant's Supplement to *pro se* Motion for Reconsideration (ECF No. 486), and the docket, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion for Reconsideration (ECF No. 485) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**