**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **NO. 21-cr-00427-CFK-01** |
| | : | |
| **JOSEPH A. CAMMARATA** | : | |

**ORDER**

AND NOW, this **29th** day of **October 2026**, upon consideration of the Defendant's *pro se* Amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (the "Defendant's Motion") (ECF No. 489), and the docket, it is hereby **ORDERED** that the Defendant's Motion is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**